IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDA HENNING,

        Petitioner,

v.                                                       No. CIV 08-328 RB/LFG

ALLEN COOPER, Warden, and the
ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO,

        Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
AND RECOMMENDED DISPOSITION
AND DISMISSING ACTION WITH PREJUDICE**

THIS MATTER came before the Court on the Magistrate Judge's Findings and Recommended Disposition [Doc. 27], filed June 29, 2009. Petitioner did not file objections and the deadline for filing objections has passed. The Court accepts the Findings and Recommended Disposition.

IT IS THEREFORE ORDERED that the Findings and Recommended Disposition of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that the Petition and all related pleadings are denied and this action is dismissed with prejudice.

_____
ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE